**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phillips Rental Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-4991729** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**235 Allison Cove Trail**<br>**Piney Flats, TN**  ZIP CODE **37686** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Sullivan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Tenn** | ZIP CODE **Tennessee** |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Phillips Rental Properties, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X   **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)         Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

❑    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Phillips Rental Properties, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X **/s/Fred M. Leonard**
_____
Signature of Attorney for Debtor(s)

**Fred M. Leonard  Bar No.  001525**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Fred M. Leonard**
_____
Firm Name

**27 Sixth Street Bristol, TN  37620**
_____
Address

**(423) 968-3151          (423) 968-7221**
_____
Telephone Number

**12/7/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Gary Phillips**
_____
Signature of Authorized Individual

**Gary Phillips**
_____
Printed Name of Authorized Individual

**Secretary**
_____
Title of Authorized Individual

**12/7/2010**
_____
Date

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Tennessee**

In re: **Phillips Rental Properties, LLC** _____,    Case No. _____

                                    Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -21,976.00 | **rental income** | **2008** |
| -109,692.00 | **rental income** | **2009** |

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c.** *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within  **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Arthur Roberts d/b/a countyAire Construction vs. Phillips Rental Propreties, LLC, et al**<br>  **27592** | **collection** | **Law Court of Johnson City For Washington County** | **Mechanics Lien** |
| **Probuild Company, LLC vs. Phillips Rental Properties, LLC , et al**<br>  **27492** | **collection** | **Carter County Chancery Court at Elizabethton, TN** | **mechanics lien** |
| **Phillips Rental Properties, LLC vs. Mike and Jennifer Ausborn** | **Judgment for Phillips Rental Properties, LLC in the amount of $4,390.45 on 11/2/10** | | |
| **Roniel E. Childress d/b/a Childress Heating, A/C & Refrigeration vs. Phillips Rental Properties, LLC, et al**<br>   **C92870** | **collection** | **Tenn, County of Sullivan, General Sessions** | **ongoing** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Fred M. Leonard** **27 Sixth Street** **Bristol, TN  37620** | **See Disclosure of Attorney** | **See Disclosure of Attorney** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑
b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑
c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑
b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Lewis & Associates, PC, CPA's**<br>**Princeton Prof. Bldg**<br>**136 Princeton Rd**<br>**Johnson City, TN  37601** | **yearly taxes** |

None
☑
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

## 20. Inventories

None
☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| --- | --- |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Gary Phillips**<br>**235 Allison Cove Trail**<br>**Piney Flats, TN  37686** | **Secretary** | **50%** |
| **Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney Flats, TN  37686** | **President** | **50%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME  OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## 25. Pension Funds.

None

☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __12/7/2010__

Signature **s/ Gary Phillips**

**Gary Phillips, Secretary**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

In re:  **Phillips Rental Properties, LLC**                        Case No. _____
_____                                      (If known)
                        **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **113 Shady Lane, Johnson City, TN - Single family house with developable acreage for apartments** | | | **$ 146,300.00** | **$ 86,010.00** |
| **2018 Indian Ridge Road - rental house** | | | **$ 126,100.00** | **$      0.00** |
| **2020 Indian Ridge Road, The Retreat Apartments** | | | **$3,275,000.00** | **$2,383,489.00** |
| **219 Alta Blvd, Johnson City, TN** | | | **$ 292,600.00** | **$ 204,419.00** |
| **220 Lovers Lane, Elizabethton, TN 37643** | | | **$ 85,000.00** | **$      0.00** |
| **2823 South Roan Street, JC, TN  - apartment complex** | | | **$1,500,000.00** | **$ 956,460.11** |
| **415 Lake Approach, Johnson City, TN (single family house with long term rental** | | | **$ 387,100.00** | **$ 265,325.00** |
| **433 Grovemont Place - building lot** | | | **$ 60,000.00** | **$      0.00** |
| **437 Grovemont Place, Piney Flats, TN** | | | **$ 133,100.00** | **$ 80,000.00** |
| **441 Grovemont Place - building lot** | | | **$ 60,000.00** | **$      0.00** |
| **45 Embassy Row, Johnson City, TN (was called 25 Embassy) -currently office** | | | **$ 360,000.00** | **$ 235,266.00** |
| **47 Embassy Row, Johnson City, TN (was called 27 Embassy) long term rental** | | | **$ 360,000.00** | **$ 235,266.00** |
| **51 Embassy Row, Johnson City, TN -single family house-long  term rental** | | | **$ 330,800.00** | **$ 239,251.00** |
| **514A Pilgram Court, Johnson City,TN - condo with long term rental** | | | **$ 134,900.00** | **$ 83,141.00** |
| **514D Pilgrim Court, Johnson City, TN -condo with  long term rental** | | | **$ 115,900.00** | **$ 83,141.00** |

In re: **Phillips Rental Properties, LLC**  Case No. _____

                              **Debtor**                                                       **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **518D Pilgrim Court, JC, TN - condo with long term rental** | | | **$ 115,900.00** | **$ 83,141.00** |
| **6 York Circle, Johnson City, TN;  702 Swadley Rd., Johnson City, TN; 154 Pecanwood, Jonesborough, TN; 39 Embassy Row, Johnson City, TN, 419 Cottonwood Lane, Piney Flats, TN** | | | **$ 914,300.00** | **$ 565,947.00** |
| **606 Swadley Road, 608 Swadley Rd, 704 Swadley Road** | | | **$5,000,000.00** | **$3,770,512.00** |
| **Indian Ridge Road - garage** | | | **$ 22,600.00** | **$      0.00** |
| **Total** ➢ | | | **$13,419,600.00** | |

                                                 (Report also on Summary of Schedules.)

In re   **Phillips Rental Properties, LLC**                          ,          Case No. _____
                          **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Easstman Credit Union -  - 90001 - Business Share** | | 63,695.27 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Eastman Credit Union - 2046 - checking** | | 927.85 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Elizabethton Federal - 0936 - checking** | | 10,080.45 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Peoples Community Bank - 3849 - Demand Deposit** | | 500.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions - 7352 - Life green Checking (Swap Payment account)** | | 233.81 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions - 7360 - Money market** | | 166.75 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TriSummit Bank - 3654 - checking** | | 87.53 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

In re __Phillips Rental Properties, LLC_____,   Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Judgment against Mike and Jennifer Ausborn dated 11/3/10** | | **4,390.45** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

**In re** **Phillips Rental Properties, LLC**                    ,          Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>    2    </u> continuation sheets attached                    Total ➤                    **$ 80,082.11**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **Phillips Rental Properties, LLC**                    .        Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                      X<br><br>Bank of Tennessee<br>PO Box 4980<br>Johnson City TN 37602 | | | **Deed of Trust**<br>**518D Pilgrim Court, JC, TN -**<br>**condo with long term rental**<br><br>**VALUE $115,900.00** | | | | 83,141.00 | 0.00 |
| ACCOUNT NO.                      X<br><br>Bank of Tennessee<br>PO Box 4980<br>Johnson City TN 37602 | | | **Deed of Trust**<br>**514D Pilgrim Court, Johnson**<br>**City, TN -condo with  long term**<br>**rental**<br><br>**VALUE $115,900.00** | | | | 83,141.00 | 0.00 |
| ACCOUNT NO.                      X<br><br>Bank of Tennessee<br>PO Box 4980<br>Johnson City TN 37602 | | | **Deed of Trust**<br>**514A Pilgram Court, Johnson**<br>**City,TN - condo with long term**<br>**rental**<br><br>**VALUE $134,900.00** | | | | 83,141.00 | 0.00 |
| ACCOUNT NO.                      X<br><br>Bank of Tennessee<br>PO Box 4980<br>Johnson City, TN  37602 | | | **Deed of Trust**<br>**415 Lake Approach, Johnson**<br>**City, TN (single family house**<br>**with long term rental**<br><br>**VALUE $387,100.00** | | | | 265,325.00 | 0.00 |

3    continuation sheets
     attached

                              Subtotal ➤                                    $    514,748.00  $         0.00
                              (Total of this page)

                              Total ➤                                       $                $
                              (Use only on last page)

                              (Report also on Summary of      (If applicable, report
                              Schedules)                      also on Statistical
                                                              Summary of Certain
                                                              Liabilities and
                                                              Related Data.)

In re  **Phillips Rental Properties, LLC** .     Case No. _____

Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | Deed of Trust | | | | 204,419.00 | 0.00 |
| Carter County Bank PO Box 1990 Elizabethton, TN 37643 | | | 219 Alta Blvd, Johnson City, TN VALUE $292,600.00 | | | | | |
| ACCOUNT NO. | X | | Deed of Trust | | | | 565,947.00 | 0.00 |
| Citizens LOC PO Box 1900 Elizabethton, TN 37643 | | | 6 York Circle, Johnson City, TN; 702 Swadley Rd., Johnson City, TN; 154 Pecanwood, Jonesborough, TN; 39 Embassy Row, Johnson City, TN, 419 Cottonwood Lane, Piney Flats, TN VALUE $914,300.00 | | | | | |
| ACCOUNT NO. | X | | Deed of Trust | | | | 2,383,489.00 | 0.00 |
| Eastman Credit Union PO Box 1989 Kingsport, TN 37662 | | | 2020 Indian Ridge Road, The Retreat Apartments VALUE $3,275,000.00 | | | | | |
| ACCOUNT NO. | X | | Deed of Trust | | | | 86,010.00 | 0.00 |
| First Tennessee Bank P.O. Box 31 Memphis, TN 38101 | | | 113 Shady Lane, Johnson City, TN - Single family house with developable acreage for apartments VALUE $146,300.00 | | | | | |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 3,239,865.00 | $ 0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Phillips Rental Properties, LLC**                    .          Case No.  _____
                                                                                                  **(If known)**
                        **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 239,251.00 | 0.00 |
| First Tennessee Bank PO Box 31 Memphis, TN 38101-0031 | | | Deed of Trust 51 Embassy Row, Johnson City, TN  -single family house-long term rental | | | | | |
| | | | VALUE $330,800.00 | | | | | |
| ACCOUNT NO. | X | | | | | | 235,266.00 | 0.00 |
| First Tennessee Bank PO Box 31 Memphis, TN 38101-0031 | | | Deed of Trust 47 Embassy Row, Johnson City, TN  (was called 27 Embassy) long term rental | | | | | |
| | | | VALUE $360,000.00 | | | | | |
| ACCOUNT NO. | X | | | | | | 235,266.00 | 0.00 |
| First Tennessee Bank PO Box 31 Memphis, TN 38101-0031 | | | Deed of Trust 45 Embassy Row, Johnson City, TN  (was called 25 Embassy) -currently office | | | | | |
| | | | VALUE $360,000.00 | | | | | |
| ACCOUNT NO. | X | | | | | | 3,770,512.00 | 0.00 |
| Regions Bank PO Box 11407 Birmingham, AL  35246    Walter N. Winchester, Esq. Winchester, Sellers, Foster Suite 1000, First TN Plaza 800 South Gay Street Knoxville, TN  37929-9701 | | | Deed of Trust 606 Swadley Road, 608 Swadley Rd, 704 Swadley Road VALUE $5,000,000.00 | | | | | |

Sheet no.  2  of  3  continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  4,480,295.00 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **Phillips Rental Properties, LLC**                    .      Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | | |
| TriSummit Bank PO Box 628 Kingsport, TN  37662 | | | Deed of Trust 2823 South Roan Street, JC, TN - apartment complex _____ VALUE $1,500,000.00 | | | | 956,460.10 | 0.00 |
| ACCOUNT NO. | | | | | | | | |
| TriSummitt Bank PO Box 628 Kingsport, TN  37662 | | | Deed of Trust 437 Grovemont Place, Piney Flats, TN _____ VALUE $133,100.00 | | | | 80,000.00 | 0.00 |

Sheet no.  3 of  3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,036,460.10 | $        0.00 |
| $  9,271,368.10 | $        0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Phillips Rental Properties, LLC**          Case No. _____
                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**29  continuation sheets attached**

In re __Phillips Rental Properties, LLC_____,     Case No. _____
                       Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Aaron Cornett**<br>**2020 Indian Ridge Rd**<br>**RT 117**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Aaron Decker, patrick Lankford**<br>**606 Swadley Road**<br>**SP46**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**Adam Briggs, Jeremiah Morgan**<br>**704 Swadley Rd**<br>**CR21**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Adam Hickey**<br>**2020 Indian Ridge Rd**<br>**RT 322**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Allison Cox**<br>**2020 Indian Ridge Rd**<br>**RT 124**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Amanda Porter**<br>**2020 Indian Ridge Rd**<br>**RT 305**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |

Sheet no. _1_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ **4,050.00**   $ **4,050.00**   $ **0.00**

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

In re **Phillips Rental Properties, LLC**  ,                Case No. _____
                                                                        (If known)
                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amber Davidson**<br>**2020 Indian Ridge Rd**<br>**RT 113**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Amy Gantt, Chrystal Brown**<br>**606 Swadley Road**<br>**SP30**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Ander Lane**<br>**2823 South Roan St., GAB 207**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **575.00** | **575.00** | **$0.00** |
| ACCOUNT NO.<br>**Andrew Matthews**<br>**606 Swadley Road**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **940.00** | **940.00** | **$0.00** |
| ACCOUNT NO.<br>**April Sims, Kayla Bobbitt**<br>**704 Swadley Rd, CR8**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Ashley Hall**<br>**2020 Indian Ridge Rd**<br>**RT101**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |

Sheet no.  2  of  29  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢<br>(Totals of this page) | $ **4,240.00** | $ **4,240.00** | $ **0.00** |
| Total  ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC**                                   Case No. _____
                                                                                       (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ashley Worthington**<br>**606 Swadley Road**<br>**SP22**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Atul Trevidi**<br>**47 Embassy Row**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **2,000.00** | **2,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Avani Javier**<br>**2020 Indian Ridge Rd**<br>**RT 114**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **580.00** | **580.00** | **$0.00** |
| ACCOUNT NO.<br>**Bill Meckes**<br>**2020 Indian Ridge Rd**<br>**RT 107**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Blair Wise**<br>**6 York Circle**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Brenda Capo**<br>**514D Pilgrim Court**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **625.00** | **625.00** | **$0.00** |

Sheet no. _3_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)                    $ **5,040.00**  $ **5,040.00**  $ **0.00**

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                                        $

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                           $              $

In re  **Phillips Rental Properties, LLC**                                    Case No. _____
                                    _____,                                    (If known)
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Britany Weaver, Alysha Hester 606 Swadley Road SP50 Johnson City, TN 37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO. **Bryan Moore 606 Swadley Road SP17 Johnson City, TN 37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO. **C. Tompkins, A. Cole, R. Jones 606 Swadley Road SP48 Johnson City, TN 37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO. **Carlos Washington 606 Swadley Road SP8 Johnson City, TN 37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO. **Carly Manning, Logen Bayles 606 Swadley Road SP51 Johnson City, TN 37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO. **Catherine Runyan 2823 South Roan St, GAB 206 Johnson City, TN 37601** | | | **rental deposit** | | | | **550.00** | **550.00** | **$0.00** |

Sheet no. _4_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢ (Totals of this page) | $ **3,745.00** | $ **3,745.00** | $ **0.00** |
| Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC** _____,   Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chaun Berendonk**<br>**419 Cottonwood Lane**<br>**Piney Flats, TN  37686** | | | **rental deposit** | | | | **800.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Chris Hackney**<br>**606 Swadley Road**<br>**SP18**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Chris Johns**<br>**606 Swadley Road**<br>**SP58**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**Chris McCracken, Miguel Khan**<br>**606 Swadley Road**<br>**SP4**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **600.00** | **600.00** | **$0.00** |
| ACCOUNT NO.<br>**Chris Savell**<br>**2020 Indian Ridge Rd**<br>**RT 127**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **605.00** | **605.00** | **$0.00** |
| ACCOUNT NO.<br>**Chris Suggs**<br>**606 Swadley Road**<br>**SP12**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |

Sheet no. _5_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $ **3,700.00**  $ **2,900.00** $  **0.00**

Total ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)    $

Total ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )    $              $

In re  **Phillips Rental Properties, LLC**                                    Case No. _____
_____,                                        (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Christine Bouchard, Brandy Frank**<br>**704 Swadley Rd, CR25**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Clara Payne**<br>**2020 Indian Ridge Rd**<br>**RT 320**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Cody Robinson**<br>**2020 Indian Ridge Rd**<br>**RT 311**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Corrie Martin**<br>**606 Swadley Road**<br>**SP16**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Courtney Nichols**<br>**2823 South Roan St, GAB201**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **575.00** | **575.00** | **$0.00** |
| ACCOUNT NO.<br>**Craig Wojciechowski**<br>**606 Swadley Road**<br>**SP9**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |

Sheet no. _6_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | $ | **3,495.00** | $ | **3,495.00** | $ | **0.00** |

Total ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

$                                    $

In re **Phillips Rental Properties, LLC** , Case No. _____
_____ (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Daniel Radle 2020 Indian Ridge Rd RT 310 Johnson City, TN 37604** | | | rental deposit | | | | 675.00 | 675.00 | $0.00 |
| ACCOUNT NO. **David Blaie, Terry Reece 2823 South Roan St., GAB 202 Johnson City, TN 37601** | | | rental deposit | | | | 625.00 | 625.00 | $0.00 |
| ACCOUNT NO. **David Eller, Nick Wilkerson 704 Swadley Rd. CR16 Johnson City, TN 37601** | | | rental deposit | | | | 700.00 | 700.00 | $0.00 |
| ACCOUNT NO. **David Hale 2020 Indian Ridge Rd RT 317 Johnson City, TN 37604** | | | rental deposit | | | | 675.00 | 675.00 | $0.00 |
| ACCOUNT NO. **Dawn Doss 2020 Indian Ridge Rd RT 123 Johnson City, TN 37604** | | | rental deposit | | | | 650.00 | 650.00 | $0.00 |
| ACCOUNT NO. **Dennie and Desiree Napier 2020 Indian Ridge Rd RT 102 Johnson City, TN 37604** | | | rental deposit | | | | 650.00 | 650.00 | $0.00 |

Sheet no. _7_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page) | $ 3,975.00 | $ 3,975.00 | $ 0.00

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | $ | $

In re __Phillips Rental Properties, LLC_____,  Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Deon Young** <br> **704 Swadley Rd, CR7** <br> **Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO. <br> **Devon Berry** <br> **606 Swadley Road** <br> **SP32** <br> **Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO. <br> **Divya Gupta** <br> **606 Swadley Road** <br> **SP31** <br> **Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO. <br> **Dylan Chambers, Andrew Smith** <br> **704 Swadley Rd, CR24** <br> **Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO. <br> **Erin Middlemas** <br> **2020 Indian Ridge Rd** <br> **RT 104** <br> **Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO. <br> **Gavin Proffit, Stuart Bowen** <br> **606 Swadley Road** <br> **SP1** <br> **Johnson City, TN  37601** | | | **rental deposit** | | | | **575.00** | **0.00** | **$575.00** |

Sheet no. _8_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals➤ (Totals of this page) | $ **4,025.00** | $ **3,450.00** | $ **575.00** |
|---|---|---|---|---|
| | Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re   **Phillips Rental Properties, LLC**                                    ,                Case No. _____
                                     Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**George Tipton<br>2020 Indian Ridge Rd<br>RT 301<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Glen and Robin Gunter<br>154 Pecanwood<br>Jonesborough, TN  37659** | | | **Rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Greg Collins<br>2020 Indian Ridge Rd<br>RT 120<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Haler Grer, Traci Patton<br>606 Swadley Road<br>SP43<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Hannah Allen, Ben Allen,<br>Will Erwin<br>704 Swadley Rd<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Hasten Carter<br>606 Swadley Road<br>SP55<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **800.00** | **800.00** | **$0.00** |

Sheet no.  9  of  29  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)      $   **4,850.00**   $   **4,850.00**   $   **0.00**

Total ➤      $
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

Total ➤
(Use only on last page of the completed              $              $
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

In re __Phillips Rental Properties, LLC_____,    Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Helen Mason**<br>**2020 Indian Ridge Rd**<br>**RT 105**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Holly Perdue, Christy Degen**<br>**704 Swadley Rd, CR9**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Ian Herrick**<br>**2020 Indian Ridge Rd**<br>**RT 326**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Jadie & Chelsea Matheson**<br>**704 Swadley Rd**<br>**CR22**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**James Snyder**<br>**606 Swadley Road**<br>**SP2**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **525.00** | **525.00** | **$0.00** |
| ACCOUNT NO.<br>**Jasmine Patel**<br>**2020 Indian Ridge Rd**<br>**RT 115**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |

Sheet no. _10_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)    $  **3,900.00**   $  **3,200.00**   $  **0.00**

Total ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $          $

In re  **Phillips Rental Properties, LLC** ,        Case No. _____
                             Debtor                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jason Eble**<br>**606 Swadley Road**<br>**SP20**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Jason King**<br>**606 Swadley Road**<br>**SP19**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Jennifer and Nicholas Treece**<br>**606 Swadley Road**<br>**SP45**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Jeremy Crook**<br>**2020 Indian Ridge Rd**<br>**RT 103**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**John Fackler**<br>**606 Swadley Road**<br>**SP6**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **550.00** | **550.00** | **$0.00** |
| ACCOUNT NO.<br>**John Hackett**<br>**606 Swadley Road**<br>**SP3**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **425.00** | **425.00** | **$0.00** |

Sheet no. _11_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)  $    **3,270.00**   $   **3,270.00**  $     **0.00**

Total  ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total  ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )  $     $

In re  **Phillips Rental Properties, LLC** _____,  Case No. _____
                                                                                  (If known)
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jonathan Hays<br>2020 Indian Ridge Rd<br>RT 110<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Jonathan Swainson<br>2823 South Roan St., GAB 208<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **575.00** | **575.00** | **$0.00** |
| ACCOUNT NO.<br>**Jordon Brinson<br>606 Swadley Road<br>SP23<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Joseph Anderson<br>606 Swadley Road<br>SP53<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**Joshiah Leuenberger<br>2020 Indian Ridge Rd<br>RT 303<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Julia Stewart<br>419 Shady Lane<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |

Sheet no. 12 of 29 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)  $ **3,810.00**  $ **3,810.00**  $ **0.00**

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)  $

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )  $    $

In re   **Phillips Rental Properties, LLC**                                        Case No. _____

_____,                                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Karne Marek, Sarah Conner**<br>**606 Swadley Road**<br>**SP44**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Kasey Kestner, Jenson Seymore**<br>**Callie Richardson**<br>**704 Swadley Road**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Katie Moyers**<br>**2823 South Roan St., GAB203**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **550.00** | **550.00** | **$0.00** |
| ACCOUNT NO.<br>**Kelly Jacobs**<br>**606 Swadley Road**<br>**SP7**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **425.00** | **425.00** | **$0.00** |
| ACCOUNT NO.<br>**Kelly Puckett**<br>**2020 Indian Ridge Rd**<br>**RT 112**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Kevin Noah, Amy Phillips**<br>**704 Swadley Road, CR 26**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |

Sheet no. _13_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)

| | | |
|---|---|---|
| $ **4,025.00** | $ **4,025.00** | $ **0.00** |

Total  ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

| $ | | |
|---|---|---|

Total  ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

| | $ | $ |
|---|---|---|

In re  **Phillips Rental Properties, LLC**                            , Case No. _____

Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kiley Coleman**<br>**606 Swadley Road**<br>**SP27**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Kristen Provchy, Callie Davis**<br>**606 Swadley Road**<br>**SP54**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**Kristen Russell**<br>**606 Swadley Road**<br>**SP26**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Kristen White, Grace VanMelle**<br>**704 Swadley Rd, CR6**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **740.00** | **740.00** | **$0.00** |
| ACCOUNT NO.<br>**Kristin Hobbs, Lindsey Bowers**<br>**704 Swadley Rd**<br>**CR18**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Lance and Paula Pate**<br>**51 Embassy Row**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,500.00** | **1,500.00** | **$0.00** |

Sheet no.  14  of  29  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **4,635.00** | $ **4,635.00** | $ **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC**                                    Case No. _____
                                              _____,                          (If known)
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lance Campbell, Alyssa Berry 704 Swadley Rd, CR20 Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Larry and Angela Driver 704 Swadley Johnson City, TN  37601** | | | **rental deposit** | | | | **900.00** | **900.00** | **$0.00** |
| ACCOUNT NO.<br>**Laura Turner 2020 Indian Ridge Rd RT 314 Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Lauren Stanton 2020 Indian Ridge Rd RT 325 Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Lindsey Johnson 704 Swadley Rd, CR5 Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Lindsey Linerode,  Callan Woodring, Nickita Zaveri 704 Swadley Road CR 13 Johnson City, TN  37601** | | | **rental deposit** | | | | **900.00** | **900.00** | **$0.00** |

Sheet no.  15  of  29  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $ **4,500.00** | $ **4,500.00** | $ **0.00** |

Total  ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total  ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$          $

In re **Phillips Rental Properties, LLC** , Case No. _____
_____                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Lori Dangelo**<br>**606 Swadley Road**<br>**SP47**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Mary McAdams**<br>**606 Swadley Road**<br>**SP29**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Matthew Dunn**<br>**2020 Indian Ridge Rd**<br>**RT 321**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Matthew Parton**<br>**2020 Indian Ridge Rd**<br>**RT 306**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Maurice Adkins**<br>**2823 South Roan St., GAB205**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **550.00** | **550.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Melanie bowman**<br>**2020 Indian Ridge Rd**<br>**RT 126**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |

Sheet no. _16_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $ **4,075.00** | $ **4,075.00** | $ **0.00** |

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

$                          $

In re  __Phillips Rental Properties, LLC_____,     Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Melissa Hurst, Amanda Knott**<br>**606 Swadley Road**<br>**SP57**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**Melissa McKee**<br>**2020 Indian Ridge Rd**<br>**RT 324**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Acero, Andy Pullen**<br>**606 Swadley Road**<br>**SP56**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **800.00** | **800.00** | **$0.00** |
| ACCOUNT NO.<br>**Michael Shelton, Zach Vandergriff**<br>**704 Swadley Rd, CR23**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Moises Serrano**<br>**606 Swadley Road**<br>**SP14**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Moniquie Stratton**<br>**606 Swadley Road**<br>**SP11**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |

Sheet no.  17  of  29  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➢
(Totals of this page)            $  **3,870.00**   $  **3,870.00**   $  **0.00**

Total  ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)            $

Total  ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )            $            $

In re __Phillips Rental Properties, LLC_____ ,        Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Morgan Pendleton**<br> 704 Swadley Rd, CR19<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Myra Miller**<br>**2020 Indian Ridge Rd**<br>**RT 111**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Nathan Heinsohn, Spenser Jarvis, Dillon Murphy**<br>**704 Swadley Road**<br>**CR12**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,000.00** | **1,000.00** | **$0.00** |
| ACCOUNT NO.<br>**Paige Draper, Stephanie Walker**<br>**704 Swadley Rd**<br>**CR17**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |
| ACCOUNT NO.<br>**Paige Graham**<br>**2020 Indian Ridge Rd**<br>**RT 116**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Patrick Franklin**<br>**2020 Indian Ridge Rd, RT100**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |

Sheet no. _18_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals➢<br>(Totals of this page) | **$ 4,425.00** | $ **4,425.00** $ **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $        $ |

In re __Phillips Rental Properties, LLC_____,          Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Paul Barnes**<br>**219 Alta Blvd**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **1,400.00** | **1,400.00** | **$0.00** |
| ACCOUNT NO.<br>**Pioneer Builders, Inc.**<br>**606 Swadley Road**<br>**SP15**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Reflex Staffing**<br>**2020 Indian Ridge Rd**<br>**RT 121**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **1,200.00** | **1,200.00** | **$0.00** |
| ACCOUNT NO.<br>**Rodney Cox**<br>**2020 Indian Ridge Rd**<br>**RT 315**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Rodney Smith**<br>**220 Lovers Lane**<br>**Elizabethton,TN 37643** | | | **rental deposit** | | | | **500.00** | **500.00** | **$0.00** |
| ACCOUNT NO.<br>**Rohan Krehbiel**<br>**2020 Indian Ridge Rd**<br>**RT 1026**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |

Sheet no. _19_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢ (Totals of this page) | $ **4,910.00** | $ **4,910.00** | $ **0.00** |
| Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re __Phillips Rental Properties, LLC_____,    Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ryan Kirkland<br>606 Swadley Road<br>SP21<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Ryan Minick<br>2020 Indian Ridge Rd<br>RT 316<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |
| ACCOUNT NO.<br>**Sam Ashe, Andrew Shumate<br>606 Swadley Road<br>SP52<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **750.00** | **750.00** | **$0.00** |
| ACCOUNT NO.<br>**San MingPark<br>606 Swadley Road<br>SP25<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **450.00** | **450.00** | **$0.00** |
| ACCOUNT NO.<br>**Scott Webb<br>518D Pilgrim Court<br>Johnson City, TN  37601** | | | **rental deposit** | | | | **625.00** | **625.00** | **$0.00** |
| ACCOUNT NO.<br>**Shannon Murphy<br>2020 Indian Ridge Road<br>Rt. 102<br>Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |

Sheet no.  20  of  29  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)       $  **3,635.00**   $  **3,635.00**  $  **0.00**

Total  ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)       $

Total  ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )       $       $

In re __Phillips Rental Properties, LLC_____,     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Shawn Stewart**<br>**606 Swadley Road**<br>**SP24**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **485.00** | **485.00** | **$0.00** |
| ACCOUNT NO.<br>**Stacey Trent**<br>**2020 Indian Ridge Rd**<br>**RT 302**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **575.00** | **575.00** | **$0.00** |
| ACCOUNT NO.<br>**Stephanie Streeter**<br>**2020 Indian Ridge Rd**<br>**RT 323**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Stephen Ford**<br>**2020 Indian Ridge Rd**<br>**RT 304**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Steve and Joe Cullen**<br>**415 Lake Approach**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **2,500.00** | **2,500.00** | **$0.00** |
| ACCOUNT NO.<br>**Susan Vernon**<br>**2020 Indian Ridge Rd**<br>**RT 307**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **675.00** | **675.00** | **$0.00** |

Sheet no. _21_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)          $ **5,535.00**  $ **5,535.00**  $ **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)          $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )          $          $

In re  **Phillips Rental Properties, LLC**                                    Case No. _____
_____,                                         (If known)
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sydney Bell**<br>**2020 Indian Ridge Rd**<br>**RT 122**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **575.00** | **575.00** | **$0.00** |
| ACCOUNT NO.<br>**Tim Williams**<br>**2020 Indian Ridge Rd**<br>**RT 125**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |
| ACCOUNT NO.<br>**Tina Choi**<br>**606 Swadley Road**<br>**SP10**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Torrence Davenport**<br>**606 Swadley Road**<br>**SP5**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **350.00** | **350.00** | **$0.00** |
| ACCOUNT NO.<br>**Veronica Addington**<br>**606 Swadley Road**<br>**SP13**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **460.00** | **460.00** | **$0.00** |
| ACCOUNT NO.<br>**Whitney Chinery**<br>**2020 Indian Ridge Rd**<br>**RT 312**<br>**Johnson City, TN  37604** | | | **rental deposit** | | | | **650.00** | **650.00** | **$0.00** |

Sheet no.  22  of  29  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $ **3,145.00** | $ **3,145.00** | $ **0.00** |

Total  ➤
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)

$

Total  ➤
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )

$                    $

In re  **Phillips Rental Properties, LLC**  Case No. _____

_____,                    (If known)

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**William Crooke**<br>**606 Swadley Road**<br>**SP42**<br>**Johnson City, TN  37601** | | | **rental deposit** | | | | **700.00** | **700.00** | **$0.00** |

Sheet no.  23  of  29  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $        **700.00** | $       **700.00** | $          **0.00** |
| Total  ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re __Phillips Rental Properties, LLC_____,    Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carter County Trustee, Randal Lewis**<br>**801 E. Elk Ave.**<br>**Elizabethton, TN  37643** | | | **property tax - 514 A Pilgrim Court - 2009** | | | | **690.00** | **690.00** | **$0.00** |
| ACCOUNT NO.<br>**Carter County Trustee, Randal Lewis**<br>**801 E. Elk Ave.**<br>**Elizabethton, TN  37643** | | | **property tax - 514 - D Pilgrim Court - 2009** | | | | **692.00** | **692.00** | **$0.00** |
| ACCOUNT NO.<br>**Carter County Trustee, Randal Lewis**<br>**801 E. Elk Ave.**<br>**Elizabethton, TN  37643** | | | **property tax - 2823 South Roan** | | | | **172.00** | **172.00** | **$0.00** |
| ACCOUNT NO.<br>**Carter County Trustee, Randal Lewis**<br>**801 E. Elk Ave.**<br>**Elizabethton, TN  37643** | | | **property tax - 518 - D Pilgrim Court - 2009** | | | | **684.00** | **684.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City**<br>**PO Box 2227**<br>**Johnson City, TN  37605** | | | **property tax - 704 Swadley - 2009** | | | | **9,120.00** | **9,120.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City**<br>**PO Box 2227**<br>**Johnson City, TN  37605** | | | **property tax - 704 Swadley House - 2009** | | | | **710.00** | **710.00** | **$0.00** |

Sheet no. _24_ of _29_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢<br>(Totals of this page) | $   **12,068.00** | $   **12,068.00** | $   **0.00** |
| Total ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC**                            Case No. _____
_____,                                    (If known)
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax - Indian Ridge 2009 - Garage** | | | | **unknown** | **unknown** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax- 702 Swadley - 2009** | | | | **450.00** | **450.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax - 514 D Pilgrim Court - 2009** | | | | **536.00** | **536.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax - 2823 South Roan - 2009** | | | | **unknown** | **unknown** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax - 606 Swadley - 2009** | | | | **14,167.00** | **14,167.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax- 518 D Pilgrim Court - 2009** | | | | **527.00** | **527.00** | **$0.00** |

Sheet no. _25_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▷
(Totals of this page)                     $  **15,680.00**  | $  **15,680.00** | $  **0.00**

Total  ➢
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                                              $

Total  ➢
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                                              $              |  $

In re    **Phillips Rental Properties, LLC**                                                    Case No. _____
                                                                                                              (If known)
_____,
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **Property tax Indian Ridge - Garage - 2008** | | | | **112.78** | **112.78** | **$0.00** |
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **property tax - 2018 Indian Ridge Rd - 2009** | | | | **494.00** | **494.00** | **$0.00** |
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **Property tax-606 Swadley - 2008** | | | | **21,340.96** | **21,340.96** | **$0.00** |
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **property tax 45/47 Embassy Row - 2009** | | | | **2,343.00** | **2,343.00** | **$0.00** |
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **property taxes: 704 Swadley Rd-2008** | | | | **13,830.30** | **13,830.30** | **$0.00** |
| ACCOUNT NO. <br> **City of Johnson City** <br> **PO Box 2227** <br> **Johnson City, TN  37605** | | | **property tax 51 Embassy Row - 2009** | | | | **1,297.00** | **1,297.00** | **$0.00** |

Sheet no.  26  of  29  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ **39,418.04** | $ **39,418.04** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC**                              Case No. _____
_____,                                      (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax415 Lake Approach - 2009** | | | | **1,490.00** | **1,490.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax 608 Swadley - 2009** | | | | **552.00** | **552.00** | **$0.00** |
| ACCOUNT NO.<br>**City of Johnson City<br>PO Box 2227<br>Johnson City, TN  37605** | | | **property tax- 514-A Pilgrim court -2009** | | | | **534.00** | **534.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee<br>Jack Daniels<br>PO Box 215<br>Jonesborough, TN  37659-0215** | | | **Property tax - 113 Shady Lane** | | | | **752.00** | **752.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee<br>Jack Daniels<br>PO Box 215<br>Jonesborough, TN  37659-0215** | | | **property tax - 704 Swadley - 2009** | | | | **12,184.00** | **12,184.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee<br>Jack Daniels<br>PO Box 215<br>Jonesborough, TN  37659-0215** | | | **property tax - 704 Swadley House - 2009** | | | | **948.00** | **948.00** | **$0.00** |

Sheet no. _27_ of _29_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | Subtotals➤<br>(Totals of this page) | $ **16,460.00** | $ **16,460.00** | $ **0.00** |
|---|---|---|---|---|
|  | Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re  **Phillips Rental Properties, LLC**                    Case No. _____
_____,                              (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **property tax - 608 Swadley - 2009** | | | | **737.00** | **737.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **property  tax - 415 Lake Approach - 2009** | | | | **1,991.00** | **1,991.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **property tax - 51 Embassy Row - 2009** | | | | **unknown** | **unknown** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **property tax - 45/47 Embassy Row - 2009** | | | | **3,074.00** | **3,074.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **proprty tax - 2018 Indian Ridge Rd. - 2009** | | | | **648.00** | **648.00** | **$0.00** |
| ACCOUNT NO.<br>**Washington County Trustee**<br>**Jack Daniels**<br>**PO Box 215**<br>**Jonesborough, TN  37659-0215** | | | **property tax - Indian Ridge 2009- Garage** | | | | **116.00** | **116.00** | **$0.00** |

Sheet no.  28  of  29 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **6,566.00** | $ **6,566.00** | $ **0.00** |
| Total  ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **Phillips Rental Properties, LLC** , Case No. _____

Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Washington County Trustee<br>Jack Daniels<br>PO Box 215<br>Jonesborough, TN  37659-0215** | | | **property tax - 606 Swadley Rd - 2009** | | | | **18,927.00** | **18,927.00** | **$0.00** |

Sheet no. __29__ of __29__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤<br>(Totals of this page) | $ **18,927.00** | $ **18,927.00** | $ **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **200,674.04** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **198,599.04** | $ **575.00** |

B6F (Official Form 6F) (12/07)

In re **Phillips Rental Properties, LLC** _____
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Arthur S. Roberts, Jr. d/b/a Country Air Construction c/o Thomas Seeley, III PO Box 308 Jonesborough, TN  37659** | | | **Lawsuit filed** | X | X | X | 42,219.23 |
| ACCOUNT NO.<br><br>**Plymouth Rock Condominiums, Inc. PO Box 354 Johnson City, TN  37605** | | | **issue with bill** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**ProBuild Company, LLC c/o Arthur M. Fowler, III, Esq. 130 East Market Street Johnson City, TN  37604** | | | **mechanics lien** | X | X | X | 118,918.83 |
| ACCOUNT NO.<br><br>**Roniel E. Childress d/b/a Childress Heating, A/C & Refrigeration J. Wesley Edens , Esq. 900 Anderson St. Bristol, TN  37620** | | | **lawsuit issued April 26, 2010** | X | X | X | 17,711.86 |

0    Continuation sheets attached

Subtotal ➢ $        178,849.92

Total ➢ $        178,849.92

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:   **Phillips Rental Properties, LLC**
                                    **Debtor**                          Case No. _____
                                                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Aaron Cornett**<br>**2020 Indian Ridge Rd**<br>**RT 117**<br>**Johnson City, TN  37604** | **Property rental** |
| **Aaron Decker, patrick Lankford**<br>**606 Swadley Road**<br>**SP46**<br>**Johnson City, TN  37601** | **property rental** |
| **Adam Briggs, Jeremiah Morgan**<br>**704 Swadley Rd**<br>**CR21**<br>**Johnson City, TN  37601** | **property rental** |
| **Adam Hickey**<br>**2020 Indian Ridge Rd**<br>**RT 322**<br>**Johnson City, TN  37604** | **property rental** |
| **Allison Cox**<br>**2020 Indian Ridge Rd**<br>**RT 124**<br>**Johnson City, TN  37604** | **property rental** |
| **Amanda Porter**<br>**2020 Indian Ridge Rd**<br>**RT 305**<br>**Johnson City, TN  37604** | **property rental** |
| **Amber Davidson**<br>**2020 Indian Ridge Rd**<br>**RT 113**<br>**Johnson City, TN  37604** | **property rental** |
| **Amy Gantt, Chrystal Brown**<br>**606 Swadley Road**<br>**SP30**<br>**Johnson City, TN  37601** | **property rental** |

In re: __Phillips Rental Properties, LLC_____ .     Case No. _____
                                       **Debtor**                                           **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ander Lane**<br>**2823 South Roan St., GAB 207**<br>**Johnson City, TN  37601** | property rental |
| **Andrew Matthews**<br>**606 Swadley Road**<br>**Johnson City, TN  37601** | property rental |
| **April Sims, Kayla Bobbitt**<br>**704 Swadley Rd, CR8**<br>**Johnson City, TN  37601** | property rental |
| **Ashley Hall**<br>**2020 Indian Ridge Rd**<br>**RT101**<br>**Johnson City, TN  37604** | property rental |
| **Ashley Worthington**<br>**606 Swadley Road**<br>**SP22**<br>**Johnson City, TN  37601** | property rental |
| **Atul Trevidi**<br>**47 Embassy Row**<br>**Johnson City, TN  37601** | property rental |
| **Avani Javier**<br>**2020 Indian Ridge Rd**<br>**RT 114**<br>**Johnson City, TN  37604** | property rental |
| **Bill Meckes**<br>**2020 Indian Ridge Rd**<br>**RT 107**<br>**Johnson City, TN  37604** | property rental |

In re:  **Phillips Rental Properties, LLC**                    .    Case No. _____
                          **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bill Meckes**<br>**2020 Indian Ridge Rd**<br>**RT 107**<br>**Johnson City, TN  37604** | **property rental** |
| **Blair Wise**<br>**6 York Circle**<br>**Johnson City, TN  37601** | **property rental** |
| **Brenda Capo**<br>**514D Pilgrim Court**<br>**Johnson City, TN  37601** | **property rental** |
| **Britany Weaver, Alysha Hester**<br>**606 Swadley Road**<br>**SP50**<br>**Johnson City, TN  37601** | **property rental** |
| **Bryan Moore**<br>**606 Swadley Road**<br>**SP17**<br>**Johnson City, TN  37601** | **property rental** |
| **C. Tompkins, A. Cole, R. Jones**<br>**606 Swadley Road**<br>**SP48**<br>**Johnson City, TN  37601** | **property rental** |
| **Carlos Washington**<br>**606 Swadley Road**<br>**SP8**<br>**Johnson City, TN  37601** | **property rental** |
| **Carly Manning, Logen Bayles**<br>**606 Swadley Road**<br>**SP51**<br>**Johnson City, TN  37601** | **property rental** |

In re:   __Phillips Rental Properties, LLC_____ .     Case No. _____
                                    **Debtor**                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Catherine Runyan**<br>**2823 South Roan St, GAB 206**<br>**Johnson City, TN  37601** | p;roperty rental |
| **Chaun Berendonk**<br>**419 Cottonwood Lane**<br>**Piney Flats, TN  37686** | property rental |
| **Chris Hackney**<br>**606 Swadley Road**<br>**SP18**<br>**Johnson City, TN  37601** | property rental |
| **Chris Johns**<br>**606 Swadley Road**<br>**SP58**<br>**Johnson City, TN  37601** | property rental |
| **Chris McCracken, Miguel Khan**<br>**606 Swadley Road**<br>**SP4**<br>**Johnson City, TN  37601** | property rental |
| **Chris Savell**<br>**2020 Indian Ridge Rd**<br>**RT 127**<br>**Johnson City, TN  37604** | property rental |
| **Chris Suggs**<br>**606 Swadley Road**<br>**SP12**<br>**Johnson City, TN  37601** | property rental |
| **Christine Bouchard, Brandy Frank**<br>**704 Swadley Rd, CR25**<br>**Johnson City, TN  37601** | property rental |

In re:   Phillips Rental Properties, LLC
_____.     Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Clara Payne**<br>**2020 Indian Ridge Rd**<br>**RT 320**<br>**Johnson City, TN  37604** | **property rental** |
| **Cody Robinson**<br>**2020 Indian Ridge Rd**<br>**RT 311**<br>**Johnson City, TN  37604** | **property rental** |
| **Corrie Martin**<br>**606 Swadley Road**<br>**SP16**<br>**Johnson City, TN  37601** | **property rental** |
| **Courtney Nichols**<br>**2823 South Roan St, GAB201**<br>**Johnson City, TN  37601** | **property rental** |
| **Craig Wojciechowski**<br>**606 Swadley Road**<br>**SP9**<br>**Johnson City, TN  37601** | **property rental** |
| **Daniel Radle**<br>**2020 Indian Ridge Rd**<br>**RT 310**<br>**Johnson City, TN  37604** | **property rental** |
| **David Blaie, Terry Reece**<br>**2823 South Roan St., GAB 202**<br>**Johnson City, TN  37601** | **property rental** |
| **David Eller, Nick Wilkerson**<br>**704 Swadley Rd.**<br>**CR16**<br>**Johnson City, TN  37601** | **property rental** |

In re:  **Phillips Rental Properties, LLC**                              .        Case No. _____
                              **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **David Hale**<br>**2020 Indian Ridge Rd**<br>**RT 317**<br>**Johnson City, TN  37604** | **property rental** |
| **Dawn Doss**<br>**2020 Indian Ridge Rd**<br>**RT 123**<br>**Johnson City, TN  37604** | **property rental** |
| **Dennie and Desiree Napier**<br>**2020 Indian Ridge Rd**<br>**RT 102**<br>**Johnson City, TN  37604** | **property rental** |
| **Deon Young**<br>**704 Swadley Rd, CR7**<br>**Johnson City, TN  37601** | **property rental** |
| **Devon Berry**<br>**606 Swadley Road**<br>**SP32**<br>**Johnson City, TN  37601** | **property rental** |
| **Divya Gupta**<br>**606 Swadley Road**<br>**SP31**<br>**Johnson City, TN  37601** | **property rental** |
| **Dylan Chambers, Andrew Smith**<br>**704 Swadley Rd, CR24**<br>**Johnson City, TN  37601** | **property rental** |
| **Erin Middlemas**<br>**2020 Indian Ridge Rd**<br>**RT 104**<br>**Johnson City, TN  37604** | **property rental** |

In re:  __Phillips Rental Properties, LLC_____ ,     Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Gavin Proffit, Stuart Bowen**<br>**606 Swadley Road**<br>**SP1**<br>**Johnson City, TN  37601** | **property rental** |
| **George Tipton**<br>**2020 Indian Ridge Rd**<br>**RT 301**<br>**Johnson City, TN  37604** | **property rental** |
| **Glen and Robin Gunter**<br>**154 Pecanwood**<br>**Jonesborough, TN  37659** | **property rental** |
| **Greg Collins**<br>**2020 Indian Ridge Rd**<br>**RT 120**<br>**Johnson City, TN  37604** | **property rental** |
| **Haler Grer, Traci Patton**<br>**606 Swadley Road**<br>**SP43**<br>**Johnson City, TN  37601** | **property rental** |
| **Hannah Allen, Ben Allen,**<br>**Will Erwin**<br>**704 Swadley Rd**<br>**Johnson City, TN  37601** | **property rental** |
| **Hasten Carter**<br>**606 Swadley Road**<br>**SP55**<br>**Johnson City, TN  37601** | **property rental** |
| **Helen Mason**<br>**2020 Indian Ridge Rd**<br>**RT 105**<br>**Johnson City, TN  37604** | **property rental** |

In re:   **Phillips Rental Properties, LLC** _____ .        Case No. _____
                                              **Debtor**                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Holly Perdue, Christy Degen**<br>**704 Swadley Rd, CR9**<br>**Johnson City, TN  37601** | **property rental** |
| **Ian Herrick**<br>**2020 Indian Ridge Rd**<br>**RT 326**<br>**Johnson City, TN  37604** | **property rental** |
| **Jadie & Chelsea Matheson**<br>**704 Swadley Rd**<br>**CR22**<br>**Johnson City, TN  37601** | **property rental** |
| **James Snyder**<br>**606 Swadley Road**<br>**SP2**<br>**Johnson City, TN  37601** | **property rental** |
| **Jasmine Patel**<br>**2020 Indian Ridge Rd**<br>**RT 115**<br>**Johnson City, TN  37604** | **property rental** |
| **Jason Eble**<br>**606 Swadley Road**<br>**SP20**<br>**Johnson City, TN  37601** | **property rental** |
| **Jason King**<br>**606 Swadley Road**<br>**SP19**<br>**Johnson City, TN  37601** | **property rental** |
| **Jennifer and Nicholas Treece**<br>**606 Swadley Road**<br>**SP45**<br>**Johnson City, TN  37601** | **property rental** |

In re:  Phillips Rental Properties, LLC
                                    Debtor                    Case No. _____
                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jeremy Crook<br>2020 Indian Ridge Rd<br>RT 103<br>Johnson City, TN  37604 | property rental |
| John Fackler<br>606 Swadley Road<br>SP6<br>Johnson City, TN  37601 | property rental |
| John Hackett<br>606 Swadley Road<br>SP3<br>Johnson City, TN  37601 | property rental |
| Jonathan Hays<br>2020 Indian Ridge Rd<br>RT 110<br>Johnson City, TN  37604 | property rental |
| Jonathan Swainson<br>2823 South Roan St., GAB 208<br>Johnson City, TN  37601 | property rental |
| Jordon Brinson<br>606 Swadley Road<br>SP23<br>Johnson City, TN  37601 | property rental |
| Joseph Anderson<br>606 Swadley Road<br>SP53<br>Johnson City, TN  37601 | property rental |
| Joshiah Leuenberger<br>2020 Indian Ridge Rd<br>RT 303<br>Johnson City, TN  37604 | property rental |

In re:   Phillips Rental Properties, LLC                          .        Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Julia Stewart**<br>**419 Shady Lane**<br>**Johnson City, TN  37601** | **property rental** |
| **Karne Marek, Sarah Conner**<br>**606 Swadley Road**<br>**SP44**<br>**Johnson City, TN  37601** | **property rental** |
| **Kasey Kestner, Jenson Seymore**<br>**Callie Richardson**<br>**704 Swadley Road**<br>**Johnson City, TN  37601** | **property rental** |
| **Katie Moyers**<br>**2823 South Roan St., GAB203**<br>**Johnson City, TN  37601** | **property rental** |
| **Kelly Jacobs**<br>**606 Swadley Road**<br>**SP7**<br>**Johnson City, TN  37601** | **property rental** |
| **Kelly Puckett**<br>**2020 Indian Ridge Rd**<br>**RT 112**<br>**Johnson City, TN  37604** | **property rental** |
| **Kevin Noah, Amy Phillips**<br>**704 Swadley Road, CR 26**<br>**Johnson City, TN  37601** | **property rental** |
| **Kiley Coleman**<br>**606 Swadley Road**<br>**SP27**<br>**Johnson City, TN  37601** | **property rental** |

In re:   **Phillips Rental Properties, LLC**                          .     Case No. _____
                                    **Debtor**                                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Kristen Provchy, Callie Davis**<br>**606 Swadley Road**<br>**SP54**<br>**Johnson City, TN  37601** | property rental |
| **Kristen Russell**<br>**606 Swadley Road**<br>**SP26**<br>**Johnson City, TN  37601** | property rental |
| **Kristen White, Grace VanMelle**<br>**704 Swadley Rd, CR6**<br>**Johnson City, TN  37601** | property rental |
| **Kristin Hobbs, Lindsey Bowers**<br>**704 Swadley Rd**<br>**CR18**<br>**Johnson City, TN  37601** | property rental |
| **Lance and Paula Pate**<br>**51 Embassy Row**<br>**Johnson City, TN  37601** | property rental |
| **Lance Campbell, Alyssa Berry**<br>**704 Swadley Rd, CR20**<br>**Johnson City, TN  37601** | property rental |
| **Larry and Angela Driver**<br>**704 Swadley**<br>**Johnson City, TN  37601** | property rental |
| **Laura Turner**<br>**2020 Indian Ridge Rd**<br>**RT 314**<br>**Johnson City, TN  37604** | proporety rental |

In re:  Phillips Rental Properties, LLC _____ .    Case No. _____
                                    **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lauren Stanton**<br>**2020 Indian Ridge Rd**<br>**RT 325**<br>**Johnson City, TN  37604** | **propoerty rental** |
| **Lindsey Johnson**<br>**704 Swadley Rd, CR5**<br>**Johnson City, TN  37601** | **property rental** |
| **Lindsey Linerode,  Callan Woodring, Nickita Zaveri**<br>**704 Swadley Road**<br>**CR 13**<br>**Johnson City, TN  37601** | **property rental** |
| **Lori Dangelo**<br>**606 Swadley Road**<br>**SP47**<br>**Johnson City, TN  37601** | **property rental** |
| **Mary McAdams**<br>**606 Swadley Road**<br>**SP29**<br>**Johnson City, TN  37601** | **property rental** |
| **Matthew Dunn**<br>**2020 Indian Ridge Rd**<br>**RT 321**<br>**Johnson City, TN  37604** | **property rental** |
| **Matthew Parton**<br>**2020 Indian Ridge Rd**<br>**RT 306**<br>**Johnson City, TN  37604** | **property rental** |
| **Maurice Adkins**<br>**2823 South Roan St., GAB205**<br>**Johnson City, TN  37601** | **property rental** |

In re:  Phillips Rental Properties, LLC
                    **Debtor**

Case No. _____
                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Melanie Bowman**<br>**2020 Indian Ridge Rd**<br>**RT 126**<br>**Johnson City, TN  37604** | **property rental** |
| **Melissa Hurst, Amanda Knott**<br>**606 Swadley Road**<br>**SP57**<br>**Johnson City, TN  37601** | **propoerty rental** |
| **Melissa McKee**<br>**2020 Indian Ridge Rd**<br>**RT 324**<br>**Johnson City, TN  37604** | **property rental** |
| **Michael Acero, Andy Pullen**<br>**606 Swadley Road**<br>**SP56**<br>**Johnson City, TN  37601** | **property rental** |
| **Michael Shelton, Zach Vandergriff**<br>**704 Swadley Rd, CR23**<br>**Johnson City, TN  37601** | **property rental** |
| **Moises Serrano**<br>**606 Swadley Road**<br>**SP14**<br>**Johnson City, TN  37601** | **property rental** |
| **Moniquie Stratton**<br>**606 Swadley Road**<br>**SP11**<br>**Johnson City, TN  37601** | **property rental** |
| **Morgan Pendleton**<br>**704 Swadley Rd, CR19**<br>**Johnson City, TN  37601** | **property rental** |

In re:  Phillips Rental Properties, LLC                              Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Myra Miller**<br>**2020 Indian Ridge Rd**<br>**RT 111**<br>**Johnson City, TN  37604** | **property rental** |
| **Nathan Heinsohn, Spenser**<br>**Jarvis, Dillon Murphy**<br>**704 Swadley Road**<br>**CR12**<br>**Johnson City, TN  37601** | **proporety rental** |
| **Paige Draper, Stephanie Walker**<br>**704 Swadley Rd**<br>**CR17**<br>**Johnson City, TN  37601** | **property rental** |
| **Paige Graham**<br>**2020 Indian Ridge Rd**<br>**RT 116**<br>**Johnson City, TN  37604** | **property rental** |
| **Patrick Franklin**<br>**2020 Indian Ridge Rd, RT100**<br>**Johnson City, TN  37604** | **property rental** |
| **Paul Barnes**<br>**219 Alta Blvd**<br>**Johnson City, TN  37601** | **propoerty rental** |
| **Pioneer Builders, Inc.**<br>**606 Swadley Road**<br>**SP15**<br>**Johnson City, TN  37601** | **property rental** |
| **Reflex Staffing**<br>**2020 Indian Ridge Rd**<br>**RT 121**<br>**Johnson City, TN  37604** | **property rental** |

In re:  **Phillips Rental Properties, LLC** _____.     Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Rodney Cox**<br>**2020 Indian Ridge Rd**<br>**RT 315**<br>**Johnson City, TN  37604** | **property rental** |
| **Rodney Smith**<br>**220 Lovers Lane**<br>**Elizabethton,TN  37643** | **property rental** |
| **Rohan Krehbiel**<br>**2020 Indian Ridge Rd**<br>**RT 1026**<br>**Johnson City, TN  37604** | **property rental** |
| **Ryan Kirkland**<br>**606 Swadley Road**<br>**SP21**<br>**Johnson City, TN  37601** | **property rental** |
| **Ryan Minick**<br>**2020 Indian Ridge Rd**<br>**RT 316**<br>**Johnson City, TN  37604** | **property rental** |
| **Sam Ashe, Andrew Shumate**<br>**606 Swadley Road**<br>**SP52**<br>**Johnson City, TN  37601** | **property rental** |
| **San MingPark**<br>**606 Swadley Road**<br>**SP25**<br>**Johnson City, TN  37601** | **property rental** |
| **Scott Webb**<br>**518D Pilgrim Court**<br>**Johnson City, TN  37601** | **property rental** |

In re:  Phillips Rental Properties, LLC          .          Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Shannon Murphy**<br>**2020 Indian Ridge Road**<br>**Rt. 102**<br>**Johnson City, TN  37604** | **proprety rental** |
| **Shawn Stewart**<br>**606 Swadley Road**<br>**SP24**<br>**Johnson City, TN  37601** | **property rental** |
| **Stacey Trent**<br>**2020 Indian Ridge Rd**<br>**RT 302**<br>**Johnson City, TN  37604** | **property rental** |
| **Stephanie Streeter**<br>**2020 Indian Ridge Rd**<br>**RT 323**<br>**Johnson City, TN  37604** | **proprety rental** |
| **Stephen Ford**<br>**2020 Indian Ridge Rd**<br>**RT 304**<br>**Johnson City, TN  37604** | **property rental** |
| **Steve and Joe Cullen**<br>**415 Lake Approach**<br>**Johnson City, TN  37601** | **property rental** |
| **Susan Vernon**<br>**2020 Indian Ridge Rd**<br>**RT 307**<br>**Johnson City, TN  37604** | **property rental** |
| **Sydney Bell**<br>**2020 Indian Ridge Rd**<br>**RT 122**<br>**Johnson City, TN  37604** | **property rental** |

In re:   Phillips Rental Properties, LLC          .          Case No. _____
                              **Debtor**                                          **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Tim Williams**<br>**2020 Indian Ridge Rd**<br>**RT 125**<br>**Johnson City, TN  37604** | **property rental** |
| **Tina Choi**<br>**606 Swadley Road**<br>**SP10**<br>**Johnson City, TN  37601** | **property rental** |
| **Torrence Davenport**<br>**606 Swadley Road**<br>**SP5**<br>**Johnson City, TN  37601** | **property rental** |
| **Veronica Addington**<br>**606 Swadley Road**<br>**SP13**<br>**Johnson City, TN  37601** | **property rental** |
| **Whitney Chinery**<br>**2020 Indian Ridge Rd**<br>**RT 312**<br>**Johnson City, TN  37604** | **propoerty rental** |
| **William Crooke**<br>**606 Swadley Road**<br>**SP42**<br>**Johnson City, TN  37601** | **property rental** |

In re: **Phillips Rental Properties, LLC**　　　　　　　　　　Case No. _____
　　　　　　　　　　<u>Debtor</u>　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Bank of Tennessee**<br>**PO Box 4980**<br>**Johnson City TN 37602** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Bank of Tennessee**<br>**PO Box 4980**<br>**Johnson City, TN  37602** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Carter County Bank**<br>**PO Box 1990**<br>**Elizabethton, TN  37643** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Citizens LOC**<br>**PO Box 1900**<br>**Elizabethton, TN  37643** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Eastman Credit Union**<br>**PO Box 1989**<br>**Kingsport, TN  37662** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **First Tennessee Bank**<br>**P.O. Box 31**<br>**Memphis, TN  38101** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **First Tennessee Bank**<br>**PO Box 31**<br>**Memphis, TN  38101-0031** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **Regions Bank**<br>**PO Box 11407**<br>**Birmingham, AL  35246** |
| **Gary and Karla Phillips**<br>**235 Allison Cove Trail**<br>**Piney flats, TN  37686** | **TriSummit Bank**<br>**PO Box 628**<br>**Kingsport, TN  37662** |

# United States Bankruptcy Court

## Eastern District of Tennessee

In re __Phillips Rental Properties, LLC_____,          Case No. _____
                                          Debtor

                                                                             Chapter   __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 2 | $   13,419,600.00 | | |
| B - Personal Property | YES | 3 | $        80,082.11 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $     9,271,368.10 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 30 | | $        200,674.04 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $        178,849.92 | |
| G - Executory Contracts and Unexpired Leases | YES | 17 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 58 | $   13,499,682.11 | $     9,650,892.06 | |

In re  <u>Phillips Rental Properties, LLC</u>                              Case No. _____
                          **Debtor**                                                      **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Gary Phillips**, the <u>**Secretary**</u> of the <u>**Corporation**</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  <u>**60**</u>_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>**12/7/2010**</u>_____          Signature:   <u>**s/ Gary Phillips**</u>_____

                                            <u>**Gary Phillips Secretary**</u>_____
                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Larry and Angela Driver
704 Swadley
Johnson City, TN  37601


Lance and Paula Pate
51 Embassy Row
Johnson City, TN  37601


Paul Barnes
219 Alta Blvd
Johnson City, TN  37601


Reflex Staffing
2020 Indian Ridge Rd
RT 121
Johnson City, TN  37604


Glen and Robin Gunter
154 Pecanwood
Jonesborough, TN  37659


Nathan Heinsohn, Spenser
Jarvis, Dillon Murphy
704 Swadley Road
CR12


Kasey Kestner, Jenson Seymore
Callie Richardson
704 Swadley Road
Johnson City, TN  37601


Hannah Allen, Ben Allen,
Will Erwin
704 Swadley Rd
Johnson City, TN  37601


Atul Trevidi
47 Embassy Row
Johnson City, TN  37601

Lindsey Linerode,  Callan
Woodring, Nickita Zaveri
704 Swadley Road
CR 13


Britany Weaver, Alysha Hester
606 Swadley Road
SP50
Johnson City, TN  37601


Chaun Berendonk
419 Cottonwood Lane
Piney Flats, TN  37686


Michael Acero, Andy Pullen
606 Swadley Road
SP56
Johnson City, TN  37601


Hasten Carter
606 Swadley Road
SP55
Johnson City, TN  37601


Mary McAdams
606 Swadley Road
SP29
Johnson City, TN  37601


Melissa Hurst, Amanda Knott
606 Swadley Road
SP57
Johnson City, TN  37601


Kristen Provchy, Callie Davis
606 Swadley Road
SP54
Johnson City, TN  37601


Joseph Anderson
606 Swadley Road
SP53
Johnson City, TN  37601

Carly Manning, Logen Bayles
606 Swadley Road
SP51
Johnson City, TN  37601


Andrew Matthews
606 Swadley Road
Johnson City, TN  37601

Aaron Cornett
2020 Indian Ridge Rd
RT 117
Johnson City, TN  37604


Aaron Decker, patrick Lankford
606 Swadley Road
SP46
Johnson City, TN  37601


Adam Briggs, Jeremiah Morgan
704 Swadley Rd
CR21
Johnson City, TN  37601


Adam Hickey
2020 Indian Ridge Rd
RT 322
Johnson City, TN  37604


Allison Cox
2020 Indian Ridge Rd
RT 124
Johnson City, TN  37604


Amanda Porter
2020 Indian Ridge Rd
RT 305
Johnson City, TN  37604


Amber Davidson
2020 Indian Ridge Rd
RT 113
Johnson City, TN  37604


Helen Mason
2020 Indian Ridge Rd
RT 105
Johnson City, TN  37604


Amy Gantt, Chrystal Brown
606 Swadley Road
SP30
Johnson City, TN  37601

Ander Lane
2823 South Roan St., GAB 207
Johnson City, TN  37601


Andrew Matthews
606 Swadley Road
Johnson City, TN  37601


April Sims, Kayla Bobbitt
704 Swadley Rd, CR8
Johnson City, TN  37601


Arthur S. Roberts, Jr. d/b/a
Country Air Construction
c/o Thomas Seeley, III
PO Box 308
Jonesborough, TN  37659

Ashley Hall
2020 Indian Ridge Rd
RT101
Johnson City, TN  37604


Ashley Worthington
606 Swadley Road
SP22
Johnson City, TN  37601


Atul Trevidi
47 Embassy Row
Johnson City, TN  37601


Avani Javier
2020 Indian Ridge Rd
RT 114
Johnson City, TN  37604


Bank of Tennessee
PO Box 4980
Johnson City, TN  37602

Bank of Tennessee
PO Box 4980
Johnson City TN 37602


Bill Meckes
2020 Indian Ridge Rd
RT 107
Johnson City, TN  37604


Blair Wise
6 York Circle
Johnson City, TN  37601


Brenda Capo
514D Pilgrim Court
Johnson City, TN  37601


Britany Weaver, Alysha Hester
606 Swadley Road
SP50
Johnson City, TN  37601


Bryan Moore
606 Swadley Road
SP17
Johnson City, TN  37601


C. Tompkins, A. Cole, R. Jones
606 Swadley Road
SP48
Johnson City, TN  37601


Carlos Washington
606 Swadley Road
SP8
Johnson City, TN  37601


Carly Manning, Logen Bayles
606 Swadley Road
SP51
Johnson City, TN  37601

Carter County Bank
PO Box 1990
Elizabethton, TN  37643


Carter County Trustee, Randal Lewis
801 E. Elk Ave.
Elizabethton, TN  37643


Catherine Runyan
2823 South Roan St, GAB 206
Johnson City, TN  37601


Chaun Berendonk
419 Cottonwood Lane
Piney Flats, TN  37686


Chris Hackney
606 Swadley Road
SP18
Johnson City, TN  37601


Chris Johns
606 Swadley Road
SP58
Johnson City, TN  37601


Chris McCracken, Miguel Khan
606 Swadley Road
SP4
Johnson City, TN  37601


Chris Savell
2020 Indian Ridge Rd
RT 127
Johnson City, TN  37604


Chris Suggs
606 Swadley Road
SP12
Johnson City, TN  37601

Christine Bouchard, Brandy Frank
704 Swadley Rd, CR25
Johnson City, TN  37601

Citizens LOC
PO Box 1900
Elizabethton, TN  37643

City of Johnson City
PO Box 2227
Johnson City, TN  37605

Clara Payne
2020 Indian Ridge Rd
RT 320
Johnson City, TN  37604

Cody Robinson
2020 Indian Ridge Rd
RT 311
Johnson City, TN  37604

Corrie Martin
606 Swadley Road
SP16
Johnson City, TN  37601

Courtney Nichols
2823 South Roan St, GAB201
Johnson City, TN  37601

Craig Wojciechowski
606 Swadley Road
SP9
Johnson City, TN  37601

Daniel Radle
2020 Indian Ridge Rd
RT 310
Johnson City, TN  37604

David Blaie, Terry Reece
2823 South Roan St., GAB 202
Johnson City, TN  37601


David Eller, Nick Wilkerson
704 Swadley Rd.
CR16
Johnson City, TN  37601


David Hale
2020 Indian Ridge Rd
RT 317
Johnson City, TN  37604


Dawn Doss
2020 Indian Ridge Rd
RT 123
Johnson City, TN  37604


Dennie and Desiree Napier
2020 Indian Ridge Rd
RT 102
Johnson City, TN  37604


Deon Young
704 Swadley Rd, CR7
Johnson City, TN  37601


Devon Berry
606 Swadley Road
SP32
Johnson City, TN  37601


Divya Gupta
606 Swadley Road
SP31
Johnson City, TN  37601


Dylan Chambers, Andrew Smith
704 Swadley Rd, CR24
Johnson City, TN  37601

```
Eastman Credit Union
PO Box 1989
Kingsport, TN  37662




Erin Middlemas
2020 Indian Ridge Rd
RT 104
Johnson City, TN  37604



First Tennessee Bank
PO Box 31
Memphis, TN  38101-0031




First Tennessee Bank
P.O. Box 31
Memphis, TN  38101




Gary and Karla Phillips
235 Allison Cove Trail
Piney flats, TN  37686




Gavin Proffit, Stuart Bowen
606 Swadley Road
SP1
Johnson City, TN  37601



George Tipton
2020 Indian Ridge Rd
RT 301
Johnson City, TN  37604



Glen and Robin Gunter
154 Pecanwood
Jonesborough, TN  37659




Greg Collins
2020 Indian Ridge Rd
RT 120
Johnson City, TN  37604
```

Haler Grer, Traci Patton
606 Swadley Road
SP43
Johnson City, TN  37601


Hannah Allen, Ben Allen,
Will Erwin
704 Swadley Rd
Johnson City, TN  37601


Hasten Carter
606 Swadley Road
SP55
Johnson City, TN  37601


Holly Perdue, Christy Degen
704 Swadley Rd, CR9
Johnson City, TN  37601


Ian Herrick
2020 Indian Ridge Rd
RT 326
Johnson City, TN  37604


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114


Jadie & Chelsea Matheson
704 Swadley Rd
CR22
Johnson City, TN  37601


James Snyder
606 Swadley Road
SP2
Johnson City, TN  37601


Jasmine Patel
2020 Indian Ridge Rd
RT 115
Johnson City, TN  37604

Jason Eble
606 Swadley Road
SP20
Johnson City, TN  37601


Jason King
606 Swadley Road
SP19
Johnson City, TN  37601


Jennifer and Nicholas Treece
606 Swadley Road
SP45
Johnson City, TN  37601


Jeremy Crook
2020 Indian Ridge Rd
RT 103
Johnson City, TN  37604


John Fackler
606 Swadley Road
SP6
Johnson City, TN  37601


John Hackett
606 Swadley Road
SP3
Johnson City, TN  37601


Jonathan Hays
2020 Indian Ridge Rd
RT 110
Johnson City, TN  37604


Jonathan Swainson
2823 South Roan St., GAB 208
Johnson City, TN  37601


Jordon Brinson
606 Swadley Road
SP23
Johnson City, TN  37601

Joseph Anderson
606 Swadley Road
SP53
Johnson City, TN  37601


Joshiah Leuenberger
2020 Indian Ridge Rd
RT 303
Johnson City, TN  37604


Julia Stewart
419 Shady Lane
Johnson City, TN  37601


Karne Marek, Sarah Conner
606 Swadley Road
SP44
Johnson City, TN  37601


Kasey Kestner, Jenson Seymore
Callie Richardson
704 Swadley Road
Johnson City, TN  37601


Katie Moyers
2823 South Roan St., GAB203
Johnson City, TN  37601


Kelly Jacobs
606 Swadley Road
SP7
Johnson City, TN  37601


Kelly Puckett
2020 Indian Ridge Rd
RT 112
Johnson City, TN  37604


Kevin Noah, Amy Phillips
704 Swadley Road, CR 26
Johnson City, TN  37601

```
Kiley Coleman
606 Swadley Road
SP27
Johnson City, TN  37601


Kristen Provchy, Callie Davis
606 Swadley Road
SP54
Johnson City, TN  37601


Kristen Russell
606 Swadley Road
SP26
Johnson City, TN  37601


Kristen White, Grace VanMelle
704 Swadley Rd, CR6
Johnson City, TN  37601


Kristin Hobbs, Lindsey Bowers
704 Swadley Rd
CR18
Johnson City, TN  37601


Lance and Paula Pate
51 Embassy Row
Johnson City, TN  37601


Lance Campbell, Alyssa Berry
704 Swadley Rd, CR20
Johnson City, TN  37601


Larry and Angela Driver
704 Swadley
Johnson City, TN  37601


Laura Turner
2020 Indian Ridge Rd
RT 314
Johnson City, TN  37604
```

Lauren Stanton
2020 Indian Ridge Rd
RT 325
Johnson City, TN  37604


Lindsey Johnson
704 Swadley Rd, CR5
Johnson City, TN  37601


Lindsey Linerode,  Callan
Woodring, Nickita Zaveri
704 Swadley Road
CR 13
Johnson City, TN  37601

Lori Dangelo
606 Swadley Road
SP47
Johnson City, TN  37601


Mary McAdams
606 Swadley Road
SP29
Johnson City, TN  37601


Matthew Dunn
2020 Indian Ridge Rd
RT 321
Johnson City, TN  37604


Matthew Parton
2020 Indian Ridge Rd
RT 306
Johnson City, TN  37604


Maurice Adkins
2823 South Roan St., GAB205
Johnson City, TN  37601


Melanie bowman
2020 Indian Ridge Rd
RT 126
Johnson City, TN  37604

Melissa Hurst, Amanda Knott
606 Swadley Road
SP57
Johnson City, TN  37601


Melissa McKee
2020 Indian Ridge Rd
RT 324
Johnson City, TN  37604


Michael Acero, Andy Pullen
606 Swadley Road
SP56
Johnson City, TN  37601


Michael Shelton, Zach Vandergriff
704 Swadley Rd, CR23
Johnson City, TN  37601


Moises Serrano
606 Swadley Road
SP14
Johnson City, TN  37601


Moniquie Stratton
606 Swadley Road
SP11
Johnson City, TN  37601


Morgan Pendleton
 704 Swadley Rd, CR19
Johnson City, TN  37601


Myra Miller
2020 Indian Ridge Rd
RT 111
Johnson City, TN  37604


Nathan Heinsohn, Spenser
Jarvis, Dillon Murphy
704 Swadley Road
CR12
Johnson City, TN  37601

```
Paige Draper, Stephanie Walker
704 Swadley Rd
CR17
Johnson City, TN  37601


Paige Graham
2020 Indian Ridge Rd
RT 116
Johnson City, TN  37604


Patricia C. Foster
Office of the Untied States Trustee
800 Market St., Suite 114
Knoxville, TN  37902


Patrick Franklin
2020 Indian Ridge Rd, RT100
Johnson City, TN  37604


Paul Barnes
219 Alta Blvd
Johnson City, TN  37601


Pioneer Builders, Inc.
606 Swadley Road
SP15
Johnson City, TN  37601


Plymouth Rock Condominiums, Inc.
PO Box 354
Johnson City, TN  37605


ProBuild Company, LLC
c/o Arthur M. Fowler, III, Esq.
130 East Market Street
Johnson City, TN  37604


Reflex Staffing
2020 Indian Ridge Rd
RT 121
Johnson City, TN  37604
```

Regions Bank
PO Box 11407
Birmingham, AL  35246


Rodney Cox
2020 Indian Ridge Rd
RT 315
Johnson City, TN  37604


Rodney Smith
220 Lovers Lane
Elizabethton,TN  37643


Rohan Krehbiel
2020 Indian Ridge Rd
RT 1026
Johnson City, TN  37604


Roniel E. Childress d/b/a Childress
Heating, A/C & Refrigeration
J. Wesley Edens , Esq.
900 Anderson St.
Bristol, TN  37620


Ryan Kirkland
606 Swadley Road
SP21
Johnson City, TN  37601


Ryan Minick
2020 Indian Ridge Rd
RT 316
Johnson City, TN  37604


Sam Ashe, Andrew Shumate
606 Swadley Road
SP52
Johnson City, TN  37601


San MingPark
606 Swadley Road
SP25
Johnson City, TN  37601

Scott Webb
518D Pilgrim Court
Johnson City, TN  37601


Shannon Murphy
2020 Indian Ridge Road
Rt. 102
Johnson City, TN  37604


Shawn Stewart
606 Swadley Road
SP24
Johnson City, TN  37601


Stacey Trent
2020 Indian Ridge Rd
RT 302
Johnson City, TN  37604


Stephanie Streeter
2020 Indian Ridge Rd
RT 323
Johnson City, TN  37604


Stephen Ford
2020 Indian Ridge Rd
RT 304
Johnson City, TN  37604


Steve and Joe Cullen
415 Lake Approach
Johnson City, TN  37601


Susan Vernon
2020 Indian Ridge Rd
RT 307
Johnson City, TN  37604


Sydney Bell
2020 Indian Ridge Rd
RT 122
Johnson City, TN  37604

```
Tim Williams
2020 Indian Ridge Rd
RT 125
Johnson City, TN  37604


Tina Choi
606 Swadley Road
SP10
Johnson City, TN  37601


Torrence Davenport
606 Swadley Road
SP5
Johnson City, TN  37601


TriSummit Bank
PO Box 628
Kingsport, TN  37662


TriSummitt Bank
PO Box 628
Kingsport, TN  37662


United States Attorney
James H. Quillen US Courthouse
220 W. Depot St, Suite 423
Greeneville, TN  37743


Veronica Addington
606 Swadley Road
SP13
Johnson City, TN  37601


Walter N. Winchester, Esq.
Winchester, Sellers, Foster
Suite 1000, First TN Plaza
800 South Gay Street
Knoxville, TN  37929-9701


Washington County Trustee
Jack Daniels
PO Box 215
Jonesborough, TN  37659-0215
```

```
Whitney Chinery
2020 Indian Ridge Rd
RT 312
Johnson City, TN  37604


William Crooke
606 Swadley Road
SP42
Johnson City, TN  37601
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

IN RE:

Case No.:_____

**Phillips Rental Properties, LLC**

Debtor(s)

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **12/7/2010**

**s/ Gary Phillips**_____
Debtor

**/s/Fred M. Leonard**_____
Attorney for Debtor(s)